E-FILED
Friday, 19 August, 2005  10:32:29 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

```
ISAIAH CRAWFORD AND            )
CONSTANCE E. CRAWFORD,         )
                               )
        Plaintiffs,            )
                               )
    v.                         )      Case No. 05-4063
                               )
JO ANNE B. BARNHART,           )
                               )
        Defendant.             )
```

# **O R D E R**

Before the Court is Plaintiffs' Motion for Reconsideration of the Order for Plaintiffs to Motion for Leave to Proceed In Forma Pauperis ("IFP") and Motion to Say (sic) the Order and Alternative Motion to Pay The Fee [Doc. # 3]. Previously, the Court denied Plaintiffs IFP status because they did not appear indigent based on a total household monthly income of over $2600. Plaintiffs also reported checking or savings accounts with balances totaling $253.61. In their current motion, Plaintiffs do not dispute the accuracy of their previously reported income, but indicate it will be decreasing by approximately $250 per month in the future due to a decrease in Isaiah Crawford's Social Security benefits. They also allege that the $253.61 in savings is needed for car repairs. Despite these new allegations, the Court continues to find that Plaintiffs are not indigent and are able to pay the $250 filing fee. Accordingly, Plaintiffs' motion is denied. However, the Court will grant Plaintiffs until September 2, 2005 to pay the filing fee.

IT IS THEREFORE ORDERED Plaintiffs' Motion for Reconsideration

of the Order for Plaintiffs to Motion for Leave to Proceed In Forma Pauperis ("IFP") and Motion to Say (sic) the Order and Alternative Motion to Pay The Fee [Doc. # 3] is DENIED.  Plaintiffs have until September 2, 2005 to pay the required fee or this case will be dismissed.

    Entered this   19th   day of August, 2005.

                                            s/ Joe B. McDade
                                             JOE BILLY McDADE
                                  United States District Judge