E-FILED
Tuesday, 07 February, 2006  02:01:02 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

```
ISAIAH CRAWFORD and CONSTANCE   )
CRAWFORD,                       )
                                )
          Plaintiffs,           )
                                )
     v.                         )     Case No. 05-4063
                                )
JOANNE BARNHART,                )
                                )
          Defendant.            )
```

## **O R D E R**

Before the Court is Plaintiffs' "Memorandum in Support of Appeal & With Motion to Certifie Certification." Presumably, this is Plaintiffs' attempt to comply with Local Rule 8.1 which requires Plaintiffs to file a Motion for Summary Judgment within thirty (30) days after Defendant files a responsive pleading and transcript. Still, Plaintiffs' filing is problematic because it repeatedly states personal data such as social security numbers and birth dates. As such, this filing cannot be integrated into the electronic case file in its present form because this personal information would be viewable by the public. Further, the prevalence of the personal information in the document prevents the Clerk's Office from easily redacting the information from the document. Accordingly, the Court directs the Clerk to return this document to Plaintiffs. Plaintiffs are instructed to remove all personal information such as social security numbers, financial account numbers, dates of birth, addresses (use city and state only), and drivers license numbers. Plaintiffs are given leave to refile the corrected document within 30 days of this Order.

ENTERED this   7th   day of February, 2006.

```
                              s/ Joe B. McDade
                          ─────────────────────────
                              JOE BILLY McDADE
                          United States District Judge
```